Submitted January 6, reversed February 29, 2012

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CHRISTOPHER ALAN SCHMIDT,
*Defendant-Appellant.*

Washington County Circuit Court
D101082M, C090423CR;
A145747

273 P3d 333

Peter Gartlan, Chief Defender, and David Sherbo-Huggins, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Janet A. Klapstein, Senior Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

**PER CURIAM**

Defendant was convicted of two counts of violating a stalking protective order based on two e-mails that defendant sent to his former girlfriend. ORS 163.750. On appeal, the state concedes that the evidence was insufficient to prove that defendant's contacts "created reasonable apprehension regarding the personal safety of a person protected by the order," ORS 163.750(1)(c), a required element of the offense where the contact is "[s]ending or making written or electronic communications in any form to the other person," ORS 163.730(3)(d). We agree, accept the state's concession, and reverse the convictions.

Reversed.